the court's attention or that the court ruled upon the objections to the charge.

 In the absence of a showing in the record over the signature of the judge that the objections were timely presented and overruled and that appellant excepted to such ruling, we are unable to agree that appellant "excepted" to the charge given in addition to requesting special charges.

Being a misdemeanor case, it was incumbent upon appellant to reserve timely exceptions to the charge given as well as to request the giving of a properly prepared charge on the subject. See Crispi v. State, 90 Tex.Cr.R. 621, 237 S.W. 263; 4 Tex.Jur. 75, Sec. 47.

The case having been properly disposed of on original submission, appellant's motion for rehearing is overruled.

Opinion approved by the Court.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty, of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for possession of untaxed liquor. The court received his plea of "guilty" and assessed his punishment at a fine of One Hundred Dollars.

The caption in the transcript in this record does not show the date of convening nor the date of adjournment of the term of court at which this case was tried. This is necessary to confer jurisdiction on this Court. The appeal is dismissed for want of jurisdiction.

### SMITH v. STATE.
### No. 25244.

Court of Criminal Appeals of Texas.
March 28, 1951.

See also 218 S.W.2d 851.